THOMAS P. PAYNE, Respondent, *v.* JOHN T. WILLIAMS, Appellant.

*Payne* v. *Williams*, 83 App. Div. 388, affirmed.
(Submitted March 24, 1904; decided April 8, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Richard T. Greene* for appellant.

*Jacob Marks* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.

---

DENIS MAHER, Appellant and Respondent, *v.* HOME INSURANCE COMPANY OF NEW YORK, Respondent and Appellant.

*Maher* v. *Home Ins. Co.*, 76 App. Div. 622, affirmed.
(Argued March 24, 1904; decided April 8, 1904.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1903, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and directing judgment for plaintiff in a specified sum.

*Louis Silberman* for plaintiff, appellant and respondent.

*Franklin M. Danaher* for defendant, respondent and appellant.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT and MARTIN, JJ. Dissenting: O'BRIEN and CULLEN, JJ.